COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
| TEXAS TECH UNIVERSITY and | | No. 08-08-00179-CV |
| TEXAS TECH UNIVERSITY HEALTH | § | |
| SCIENCES CENTER, | | Appeal from |
| | § | |
| Appellant, | | 120th District Court |
| | § | |
| v. | | of El Paso County, Texas |
| | § | |
| NYDIA D. GILBERT, | | (TC # 2007-1011) |
| | § | |
| Appellee. | | |

**MEMORANDUM OPINION**

Pending before the Court is Appellants' motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). The heading on Appellants' motion is "Appellants' Unopposed Motion to Dismiss Appeal for Mootness." However, the body of the motion requests dismissal pursuant to Rule 42.1(a)(1), and as pointed out by Appellee, the motion itself does not request dismissal due to mootness nor does it describe the events rendering the appeal moot. We therefore construe Appellants' motion as being a motion to dismiss pursuant to Rule 42.1(a)(1) but not on the ground of mootness. With that understanding, we grant the motion and dismiss the appeal. Costs are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

September 24, 2008

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.
Chew, C.J., not participating